UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____
ALEXANDER GREGORY, on behalf of himself and
all other similarly situated consumers

                Plaintiff(s),

                                                               **Civil Action No.:  15-cv-268**

    -against-

AMERASSIST, INC.

                Defendant.
_____

### STIPULATION TO EXTEND TIME TO ANSWER
### TO COMPLAINT AND DEMAND FOR JURY TRIAL

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the Plaintiff(s) and the attorney for the Defendant, that the Defendant's time to answer or otherwise move with respect to the above captioned action is hereby extended to April 15, 2015.

IT IS FUTHER STIPULATED AND AGREED, that faxed and electronic signatures be deemed originals for all purposes.

Dated:  April 2, 2015

| | |
|---|---|
| /s/ Aleksander Powietrzynski | /s/ Adam J. Fishbein |
| Aleksander Powietrzynski | Adam J. Fishbein |
| WINSTON & WINSTON, P.C. | ADAM J. FISHBEIN, P.C. |
| Attorneys for Defendant | Attorney for Plaintiff |
| 295 Madison Ave | 483 Chestnut Street |
| New York, NY 10017 | Cedarhurst, NY 11516 |
| Telephone: (212) 532-2700 | Telephone: (516) 791-4400 |
| Facsimile: (212) 922-9484 | Facsimile: (516) 791-4411 |

W&W File#:  FDC 560